IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PATRICIA LEE )
) No. 3-14-0748
v. )
)
ROBINSON, REAGAN & YOUNG, )
PLLC )

O R D E R

On July 22, 2014, the defendant filed a motion for judgment on the pleadings (Docket Entry No. 14).

The plaintiff shall have until August 29, 2014, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by September 12, 2014, if the response is filed on August 29, 2014.

No other filings in support of or in opposition to any dispositive motion shall be made after September 12, 2014, except with the express permission of the Honorable John T. Nixon.

There shall be no stay of discovery before the November 22, 2014, deadline for completion of all discovery despite the pendency of the defendant's motion for judgment on the pleadings.

The Clerk is directed to forward the file in this case to Judge Nixon for his consideration of the defendant's motion for judgment on the pleadings and accompanying memorandum (Docket Entry Nos. 14-15), the plaintiff's response to be filed by August 29, 2014, and any reply, if necessary, to be filed no later than September 12, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge