# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# MIDDLE DIVISION

| | |
|---|---|
| PATRICIA LEE ) | |
| ) | NO. 3:14-0748 |
| v. ) | JUDGE SHARP |
| ) | |
| ROBINSON, REAGAN & YOUNG, PLLC ) | |
| ) | |

## **O R D E R**

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE